Austin J. Gibbons, plaintiff in error, v. Chicago Railways Company, defendant in error. Gen. No. 25,262.

Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed on striking bill of exceptions. Opinion filed January 30, 1920.

Pollock & Rainey, for plaintiff in error. John R. Guilliams, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

George Karg, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 24,864.

Action to recover for personal injuries to guest in automobile in collision with street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed January 30, 1920.

Robert J. Slater and Frank L. Kriete, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. Royal W. Irwin, John G. Carter and Kenneth B. Hawkins, for appellee; Kenneth B. Hawkins, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

J. G. Sanderow, defendant in error, v. Marmon Chicago Company, plaintiff in error. Gen. No. 24,878.

Action on account stated. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed January 30, 1920.

William A. Jennings, for plaintiff in error. Pritzker & Pritzker, for defendant in error; Nicholas J. Pritzker, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

West Disinfecting Company, defendant in error, v. Jacob L. Brenn, plaintiff in error. Gen. No. 24,954.

Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed on authority of West Disinfecting Co. v. Koppelman, ante, p. 438. Opinion filed January 30, 1920. Rehearing denied February 10, 1920.

West & Eckhart, for plaintiff in error. Rosenthal, Hamill & Wormser, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

West Disinfecting Company, defendant in error, v. Arthur C. Tretow, plaintiff in error. Gen. No. 24,955.

Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed on authority of West Disinfecting Co. v. Koppelman, ante, p. 438. Opinion filed January 30, 1920. Rehearing denied February 10, 1920.

West & Eckhart, for plaintiff in error. Rosenthal, Hamill & Wormser, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.